## 28035. HUGHES v. HENDERSON.

BROYLES, C. J. 1. The motion to dismiss the writ of error is denied.

2. "Where the court, on demurrer, holds that the transaction upon which a recovery is sought does not, *as it is alleged in the petition,* constitute a cause of action, and dismisses the suit on this ground, *the judgment operates as a res adjudicata, and bars a subsequent suit between the parties on the same transaction, though in the first case the facts were untruly or improperly stated, and if they had been truly and properly stated, a cause of action would have been disclosed.*" (Italics ours.) *Wolfe* v. *Georgia Railway & Electric Co.,* 6 *Ga. App.* 410 (65 S. E. 62); *Hoffman* v. *Summerford,* 28 *Ga. App.* 247 (111 S. E. 68); *DeLoach* v. *Georgia Coast & Piedmont R. Co.,* 144 *Ga.* 678 (87 S. E. 889); *Sudderth* v. *Harris,* 51 *Ga. App.* 654 (181 S. E. 122); *Woods* v. *Travelers Insurance Co.,* 53 *Ga. App.* 429 (186 S. E. 467); Code, §§ 110-501, 110-504.

3. Applying the above-stated ruling to the facts of this case, the court did not err in sustaining the plea of res adjudicata and dismissing the case. *Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED FEBRUARY 22, 1940.

*Walter A. Sims, Ralph G. Sims, Henry M. Henderson,* for plaintiff.

*Barrett & Nall,* for defendant.